1 | JANICE M. MURRAY (099996)
    STEPHEN T. O'NEILL (115132)
2 | RACHEL P. RAGNI (241061)
    MURRAY & MURRAY
3 | A Professional Corporation
    19400 Stevens Creek Blvd., Suite 200
4 | Cupertino, CA 95014-2548
    Telephone: (650) 852-9000; (408) 907-9200
5 | Facsimile: (650) 852-9244
    Email: jmmurray@murraylaw.com
6 | Email: soneill@murraylaw.com
    Email: rragni@murraylaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

In re: )
)
**APIERON, INC.** ) Case No.
A Delaware Corporation )
) Chapter 7
Debtor. )
)
155 Jefferson Drive )
Menlo Park, CA 94025 )
)
Employer Tax I.D. No: 94-3402873 )
)

## LIST OF EQUITY SECURITY HOLDERS

Apieron, Inc. (the "Debtor") hereby submits its List of Equity Security Holders attached hereto as **Exhibit "A",** and by this reference incorporated herein.

I, Holly McGarraugh, the President and Chief Executive Officer of the Debtor, do hereby declare under penalty of perjury that to the best of my knowledge, information and belief, the attached List of Equity Security Holders is a complete list of all of the Debtor's equity security holders as of the date of the commencement of the within Chapter 7 case.

///

///

///

| | | |
|---|---|---|
| Dated: March 30, 2010 | | **APIERON, INC.**<br>A Delaware Corporation |
| | | By: _/s/ Holly McGarraugh_<br>    Holly McGarraugh<br>    President and Chief Executive Officer |

RPR:cc
S:\Apieron\Pld\Commence\Equity Sec List Cov E-Filed).

2

LIST OF EQUITY SECURITY HOLDERS

Case 10-31411    Doc# 1-3    Filed: 03/30/10    Entered: 03/30/10 16:28:36    Page 2 of 5

# EXHIBT "A"
## TO
## LIST OF EQUITY SECURITY HOLDERS

| Name | Contact | Address | City | State | Zip | % |
|---|---|---|---|---|---|---|
| Agarwal, Puspha D. | Dr. Pushpa Agarwal | 62 Porter Road | Boxford | MA | 01921 | 0.06% |
| Alliance Technology Ventures III, LP | Dr. Robert Curry | 1990 Main Street, Ste 750 | Sarasota | FL | 34236 | 21.70% |
| Anvar, David J. | | 1010 East Cardinal Drive | Sunnyvale | CA | 94087 | 0.07% |
| ATV III Affiliates Fund, LP | Dr. Robert Curry | 1990 Main Street, Ste 750 | Sarasota | FL | 34236 | 0.26% |
| Balubhai S. Patel and Ambaben B. Patel, Husband and Wife, as Community Property | | 23 Chester Ave | Woburn | MA | 01801 | 0.11% |
| Bellm, Lisa | | 62 Avila Street | San Francisco | CA | 94123 | 0.00% |
| Beomseok Kim and Rosa Kim | | 28038 Thorup Lane | Hayward | CA | 94542 | 0.01% |
| Canaan Equity III Entrepreneurs LLC | Wende Hutton | 2765 Sand Hill Road | Menlo Park | CA | 94025 | 0.87% |
| Canaan Equity III L.P. | Wende Hutton | 2765 Sand Hill Road | Menlo Park | CA | 94025 | 23.25% |
| Caroline Warmkessel and James R. Warmkessel | | 520 Orchard Road | Felton | CA | 95018 | 0.00% |
| Chazan, David | | 4040 Manzana Lane | Palo Alto | CA | 94306 | 0.00% |
| David M. Rosenblatt and Shari B. Gersten TTEES of the Rosenblatt/Gersten Living Trust, dated 1/19/01 | | 140 Summerhill Lane | Woodside | CA | 94062 | 0.04% |
| Draper Associates, L.P. | Jennifer Fonstad | 2882 Sand Hill Road, Suite 150 | Menlo Park | CA | 94025 | 1.73% |
| Draper Fisher Jurvetson Fund VIII, L.P. | Jennifer Fonstad | 2882 Sand Hill Road, Suite 150 | Menlo Park | CA | 94025 | 19.43% |
| Draper Fisher Jurvetson Partners VIII, LLC | Jennifer Fonstad | 2882 Sand Hill Road, Suite 150 | Menlo Park | CA | 94025 | 0.43% |
| Drexler Family Trust U/D/T dated 5/23/96 | Karen Drexler | 12580 La Cresta Dr | Los Altos | CA | 94022 | 0.28% |
| Empiricia, Inc. c/o Alison Rose-Ped | | 10200 SW Eastridge, Suite #100 | Portland | OR | 97225 | 0.00% |
| F&W Investments II LLC -Series 2009 | Fenwich & West LLP, Attn: Laird Simons | 801 California Street | Mountain View | CA | 94041 | 0.05% |
| F&W Investments LLC - Series 2003 | Fenwich & West LLP, Attn: Laird Simons | 801 California Street | Mountain View | CA | 94041 | 0.04% |
| Fay, Jonathan | | 2343 Clipper Street | San Mateo | CA | 94403 | 0.03% |
| Fischel, Lawrence | | 665 South 22nd Street | San Jose | CA | 95116 | 0.03% |
| Flaherty, Bryan | | 429 Beach Avenue | Half Moon Bay | CA | 94019 | 0.29% |
| Ganapathy-Kumar Revocable Living Trust | | 3966 Duncan Place | Palo Alto | CA | 94306 | 0.13% |
| GC&H Investments, LLC | Cooley Godward Kronish LLP, ATTN: Jim Kindler | 101 California Street, 5th Floor | San Francisco | CA | 94111 | 0.09% |
| Goldsobel, Alan B. | | 14415 Miranda Court | Los Altos Hills | CA | 94022 | 0.07% |
| Hadaya, Robert | | 3830 Ruette San Raphael | San Diego | CA | 92130 | 0.00% |

| | | | | | | |
|---|---|---|---|---|---|---|
| Hassan, Heidi S. | | 11424 Winding Trail Lane | Dublin | CA | 94568 | 0.04% |
| Hebrok, Sharon E. | | 2035 Monroe Avenue | Belmont | CA | 94002 | 0.01% |
| Howard Rice Fund | Howard Rice Nemerovsk Falk & Rabkin | Three Embarcadero Center, 7th Floor | San Francisco | CA | 94111 | 0.06% |
| Howard Rice Investment Fund 06 | Howard Rice Nemerovsk Falk & Rabkin | Three Embarcadero Center, 7th Floor | San Francisco | CA | 94111 | 0.02% |
| Howard Rice Investment Fund 07 | Howard Rice Nemerovsk Falk & Rabkin | Three Embarcadero Center, 7th Floor | San Francisco | CA | 94111 | 0.03% |
| Hutchins, Edwin E. | | 1669 Nelson Road, #3 | Scotts Valley | CA | 95066 | 0.02% |
| Hutton Living Trust, dtd 12/10/96 | Wende Hutton | 2765 Sand Hill Road | Menlo Park | CA | 94025 | 0.11% |
| James D. Wolfe and Karen S. Wolfe, Trustees of the Wolfe Family Trust Agreement dated August 13, 1999 | | 24650 Bella Ladera Drive | Los Altos Hills | CA | 94024 | 0.11% |
| Jay Bharatiya and Mona Bharatiya, Joint Tenants | Jay Bharatiya | 1 Skyview Terrace | Stirling | NJ | 07980 | 0.07% |
| Jhaveri Family Ltd. Ptr. | Bhasker Jhaveri | 15150 Sunrise Pl | Hughesville | MD | 20637 | 0.17% |
| John Kaiser Trustee of the Kaiser Survivor Trust | John Kaiser | 2468 Embarcadero Way | Palo Alto | CA | 94303 | 0.17% |
| Leaf Ventures LLP | Dennis Aubin | 227 Russell Drive | Weare | NH | 03281 | 0.11% |
| Light, Jay | | 30 Wellesley Road | Belmont | MA | 02478 | 0.00% |
| Manners, Paul H. | | 1461 Topar Avenue | Los Altos | CA | 94024 | 0.01% |
| Mehta Revocable Living Trust DTD 6/18/2001 | Manoj Mehta | 25851 Faircourt Ln | Laguna Hills | CA | 92653 | 0.27% |
| Murdock, Jamie | | 30 Newell Road, #19 | East Palo Alto | CA | 94303 | 0.00% |
| Nason, Kevin | | 8 Greenwood Place | Menlo Park | CA | 94025 | 0.04% |
| Nelson, Jean M. | | 161 Correas Street | Half Moon Bay | CA | 94019 | 0.01% |
| Olsen, Jake L. | | 2479 Chabot Terrace | Palo Alto | CA | 94303 | 0.02% |
| ONSET IV, L.P. | Robert Kuhling, Jr. | 2490 Sand Hill Road | Menlo Park | CA | 94025 | 10.97% |
| ONSET VI, L.P. | Robert Kuhling, Jr. | 2490 Sand Hill Road | Menlo Park | CA | 94025 | 15.64% |
| Parikh MD, Bhairavi | Bhairavi Parikh | 3910 Duncan Place | Palo Alto | CA | 94306 | 1.45% |
| Parikh, Rajiv | Rajiv Parikh | 3910 Duncan Place | Palo Alto | CA | 94306 | 0.29% |
| Pavlakovich, Jeremy | | 809 Hancock Street | Hayward | CA | 94544 | 0.02% |
| Perlman Gardner Family Trust U/A ddt 08/07/96 | | 618 Miranda Avenue | Stanford | CA | 94305 | 0.00% |
| Plexico, Jon | | 2465 Chestnut Street, #103 | San Francisco | CA | 94123 | 0.00% |
| Rajiv Parikh and Bhairavi Parikh, Husband and Wife, As Community Property | Bhairavi Parikh | 3910 Duncan Place | Palo Alto | CA | 94306 | 0.23% |
| Ramel Mr., Urs Andres | | 1331 Los Arboles Avenue | Sunnyvale | CA | 94087 | 0.00% |
| Ramerman, Sheila | | 3684 North Shasta Loop | Eugene | OR | 97405 | 0.03% |

# EXHIBT "A"
## TO
## LIST OF EQUITY SECURITY HOLDERS

| Name | Contact | Address | City | State | Zip | % |
|---|---|---|---|---|---|---|
| Rosen, Micha | | 607 Leksich Avenue | Mountain View | CA | 94041 | 0.01% |
| Sanchez, Anthony | | 191 Allen Drive | San Bruno | CA | 94066 | 0.00% |
| Sato, Steve | | 1678 Tahoe Drive | Milpitas | CA | 95035 | 0.00% |
| SearchTech Solutions, Inc. | | 15466 Los Gatos Blvd, #109-148 | Los Gatos | CA | 95032 | 0.01% |
| Shah, Dilip | | 600 Rainbow Drive, #107 | Mountain View | CA | 94041 | 0.02% |
| Shah, Shailan and Alpa | | 800 Sycamore Drive | Palo Alto | CA | 94303 | 0.00% |
| Sharma, Prachi | | 18901 Pendergast Avenue | Cupertino | CA | 95014 | 0.01% |
| Sterling, Sasha | | 3540 Mauricia Avenue | Santa Clara | CA | 95051 | 0.00% |
| Stone, James | | 12491 Paseo Cerro | Saratoga | CA | 95070 | 0.03% |
| Sudhir Parikh and Niranjana Parikh, Husband and Wife, as Community Property | Sudhir Parikh | 169 Daniel Plummer Rd | Goffstown | NH | 03045 | 0.57% |
| Talbott, Autumn | | 166 Monroe Street, #17 | Santa Clara | CA | 95050 | 0.01% |
| Tang, David | | 5388 Selma Avenue | Fremont | CA | 94536 | 0.01% |
| Tapon, Francis | | 315 Pepper Avenue | Hillsborough | CA | 94010 | 0.03% |
| The Darlene M. Dreon Revocable Trust | Darlene Dreon | 961 Lucky Avenue | Menlo Park | CA | 94025 | 0.01% |
| The Proulx Family Trust, Dated April 23, 2004 | Timothy Proulx | 317 Effey Street | Santa Cruz | CA | 95062 | 0.13% |
| Torrano Family Trust | | 6468 Pfeiffer Ranch Road | San Jose | CA | 95120 | 0.01% |
| Torrano, Robert T. | | 6468 Pfeiffer Ranch Road | San Jose | CA | 95120 | 0.01% |
| Tran, Aimee | | 1672 Pala Ranch Circle | San Jose | CA | 95133 | 0.01% |
| Uttamlal Patel and Sarlaben Patel, Husband and Wife, as Community Property | Uttamlal Patel | 41 Cresthaven Dr | Burlington | MA | 01803 | 0.19% |
| Wiley Trust U/A dtd June 3, 1992, F.E. and P.B | Peggy Wiley | 955 Roble Ridge | Palo Alto | CA | 94306 | 0.00% |
| Yeremin, Aleksey | | 1414 Willowtree Court | San Jose | CA | 95118 | 0.00% |
| Zraick, Vivien | | 3666 Folsom Street | San Francisco | CA | 94110 | 0.02% |
| | | | | | | |
| Total | | | | | | 100.0% |